## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACY SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 13-0348-CG-N** |
| | ) | |
| **EXXONMOBIL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter is before the court on Defendant Exxon Mobil Corporation's Motion to Dismiss Count I of the Plaintiff's Complaint (Doc. 7), and the Plaintiff's Notice of Non-Objection to Partial Motion to Dismiss (Doc. 15).

Upon due consideration, the defendant's motion is **GRANTED**; therefore, plaintiff's Title VII claim for discrimination as set forth in Count I of the Complaint hereby is **DISMISSED** with prejudice.

**DONE and ORDERED** this 20th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE